STATE OF NEW JERSEY v. DEBRA CASTALDI.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD DAVIS.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK WINTERS.

May 18, 1982.

Petition for certification denied.

TARA BUILDERS, INC. v. BOROUGH OF RINGWOOD.

May 18, 1982.

Petition for certification denied.